**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Menghe Zhang,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-07495

Honorable John J. Tharp, Jr.

# PLAINTIFF'S RESPONSE TO AMAZON'S MOTION TO STAY AND MOTION TO TERMINATE TURNOVER OBLIGATIONS

Plaintiff Menghe Zhang respectfully moves to terminate Amazon.com, Inc.'s outstanding obligations to deduct or transfer funds to Plaintiff under Orders [21] and [30], to the extent those Orders impose such obligations, and to deny Amazon's motion to stay [Dkt. 44] as moot. In support, Plaintiff states:

1. Amazon seeks a temporary stay of transfers under Orders [21] and [30].

2. Plaintiff filed a Satisfaction of Judgment as to the Defendants identified therein [Dkt. 40] and Notice of Dismissal as to the remaining Defendants [Dkt. 37]. On October 1, 2026 Central Time, counsel provided Amazon with Notice of Dismissal and advised that Plaintiff no longer requested enforcement of Orders [24][1] and [30].

3. On October 2, 2026, counsel provided Amazon with the Satisfaction of Judgment and Notice of Dismissal, confirmed that all Defendants had been dismissed or released, and expressly

[1] Counsel previously provided Amazon with the actual Orders [21] and [30], but inadvertently labeled Order [21] as Order [24] and repeated that incorrect docket designation in subsequent correspondence. Plaintiff clarifies the correct designation here and expressly confirms the waiver below as to Orders [21] and [30].

stated that Plaintiff unconditionally and irrevocably waives further payment from Amazon under Orders [24] and [30] and would not seek their enforcement against Amazon. These communications preceded Amazon's October 2 motion.

4. Plaintiff unconditionally and irrevocably waives all rights to additional payment or turnover from Amazon under Orders [21] and [30]. Plaintiff will not seek enforcement, contempt, damages, or other relief against Amazon based on its failure to make additional deductions or transfers under them.

5. To implement this unconditional and irrevocable waiver, Plaintiff requests modification of the foregoing Orders solely to terminate Amazon's outstanding deduction and transfer obligations to Plaintiff.

6. Once those obligations are terminated, no further transfers to Plaintiff will remain to be stayed, and Amazon's motion to stay [Dkt. 44] will be moot. Plaintiff respectfully requests resolution on the papers to avoid unnecessary additional proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order: (a) terminating Amazon's outstanding obligations to deduct or transfer funds to Plaintiff under Orders [21] and [30]; (b) denying Amazon's motion to stay [Dkt. 44] as moot.

DATED: October 3, 2026

Respectfully submitted,

*/s/ Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2026, I electronically filed the foregoing response and motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all registered counsel of record.

*/s/ Qin Zhuang*

Qin Zhuang